## M. Cranfill v. The State.

### No. 4269.   Decided November 8, 1916.

**Selling Intoxicating Liquors Without License—Statement of Facts—Bills of Exception.**

Where the statement of facts and bills of exception were not filed in time in the County Court, they can not be considered on appeal, and the judgment is affirmed.

Appeal from the County Court of Scurry. Tried below before the Hon. C. R. Buchanan.

Appeal from a conviction of selling intoxicating liquors without license; penalty, a fine of one hundred dollars and twenty days confinement in the county jail.

The opinion states the case.

*Fritz R. Smith* and *James L. Spiller,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited Looper v. State, 62 Texas Crim. Rep., 98.

DAVIDSON, Judge.—Appellant was convicted of selling intoxicating liquors without a license.

Court adjourned on the 29th day of July; the statement of facts was filed on the 7th day of September. This was clearly beyond the time

authorized by law, towit: twenty days in which to file evidence in the
County Court. There are quite a number of bills of exception. These
were also filed on the 7th of September and can not be considered.
Without these matters before the court there is nothing to revise, and
the judgment is affirmed.

*Affirmed.*